No. 81–1613. MEMPHIS BANK & TRUST CO. *v.* GARNER, SHELBY COUNTY TRUSTEE, ET AL. Sup. Ct. Tenn. [Probable jurisdiction noted, 456 U. S. 943.] Motions of Capital Preservation Fund, Inc., et al. and Farm Credit Banks for leave to file briefs as *amici curiae* granted.

No. 81–1627. SHEPARD *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. [Certiorari granted, 456 U. S. 970.] Motion of the Solicitor General for divided argument and for additional time for oral argument denied.

No. 88, Orig. CALIFORNIA *v.* TEXAS ET AL., 457 U. S. 164;

No. 89, Orig. CALIFORNIA EX REL. STATE LANDS COMMISSION *v.* UNITED STATES, 457 U. S. 273;

No. 80–108. FIRST PENNSYLVANIA BANK N.A. *v.* ZEFFIRO ET AL., 456 U. S. 1005;

No. 80–1538. PLYLER, SUPERINTENDENT, TYLER INDEPENDENT SCHOOL DISTRICT, ET AL. *v.* DOE, GUARDIAN, ET AL., 457 U. S. 202;

No. 80–1934. TEXAS ET AL. *v.* CERTAIN NAMED AND UNNAMED UNDOCUMENTED ALIEN CHILDREN ET AL., 457 U. S. 202;

No. 80–1749. FEDERAL ENERGY REGULATORY COMMISSION ET AL. *v.* MISSISSIPPI ET AL., 456 U. S. 742;

No. 80–2138. CARTER *v.* DAYTON BOARD OF EDUCATION ET AL., 456 U. S. 989;

No. 80–6609. WILKERSON *v.* BLACKBURN, WARDEN, *ante*, p. 1105;

No. 81–451. HATHORN ET AL. *v.* LOVORN ET AL., 457 U. S. 255; and

No. 81–912. CLICK ET AL. *v.* IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL., 457 U. S. 1116. Petitions for rehearing denied.